UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
LUIS M. ROJAS,                                  CIVIL ACTION NO.:
                                                22-CV-10391

                Plaintiff,

                                                                           **ORDER**

    - against -

BERNARDO DELGADO CRUZ, MAXIMUM
QUALITY FOODS, INC., PENSKE TRUCK LEASING
CO., L.P. and PENSKE TRUCK LEASING
CORPORATION,

                Defendants.
-------------------------------------------------------------------x

      Upon consideration of Defendants' Bernardo Delgado Cruz, Maximum Quality Foods, Inc., Penske Truck Leasing Co., L.P. and Penske Truck Leasing Corporation's Letter Motion on consent dated January 6, 2023, to withdraw the Notice of Removal and Petition dated December 8, 2022, the MOTION is hereby GRANTED and it is hereby ORDERED that this matter is REMANDED to the Supreme Court for the State of New York, County of Bronx with all parties to bear their own costs. The Clerk of this Court is directed to remand this matter to the Supreme Court of the State of New Yor, Bronx County, to terminate all motions, and to close the case on this Court's docket. All conferences are CANCELLED.

                                                                            **SO ORDERED:**

                                                        *[signature]* 1/11/23

                                                   Hon. Vernon S. Broderick, U.S.D.J.